

Clerk's Use Only
Initial for fee pd.:

Philip M. Musolino
Musolino & Dessel
1615 L Street, NW, Suite 440
Washington, DC 20036
(202) 466-3883 ex. 103

**FILED**
2008 APR 30 P 2: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony Sarkis

        Plaintiff(s),

v.

Miroslav Lajcak, et.al.

        Defendant(s).

CASE NO. C08-1911 PVT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Philip M. Musolino, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Anthony Sarkis in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey M. Forster, 160 W. Santa Clara St., San Jose, CA 95113
(408) 977-3137

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2008