UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 APR 30 P 2: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ANTHONY SARKIS

    Plaintiff,

v.

MIRSOSLAV LAJCAK, et.al.

    Defendants.

No. 08-1911 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 29 April 2008

_____
Philip M. Musolino, *pro hac vice* pending
Musolino & Dessel
1615 L Street NW, Suite 440
Washington, DC 20036
Phone: (202) 466-3883
Fax: (202) 775-7477
pmusolino@musolinoanddessel.com

Case 5:08-cv-01911-RMW    Document 7    Filed 04/30/2008    Page 2 of 2

/s/ JMF by [signature]
Jeffrey M. Forster SBN 50519
Law Offices of Jeffrey M. Forster
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Phone: (408) 977-3137
Fax: (408) 977-3141
jforstr@pacbell.net

Council for Plaintiff