*E-FILED- 5/22/08*

**UNITED STATES DISTRICT COURT**

**Northern District of California**

RECEIVED
2008 APR 30 PM 2:26
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA S.J.

Anthony Sarkis

CASE NO. C08-1911 xxxx RMW

Plaintiff(s),

v.

Miroslav Lajcak, et.al.

Defendant(s).

xxxxxxxxxxxx
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Philip M. Musolino , an active member in good standing of the bar of

the District of Columbia whose business address and telephone number

(particular court to which applicant is admitted)

is

1615 L Street NW, Suite 440
Washington, DC 20036
(202) 466-3883 ex. 103

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Anthony Sarkis

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/22/08

*Ronald M. Whyte*

United States xxxxxxxxxx District Judge