# United States District Court
## For The
## Northern District of California

Anthony Sarkis
*Plaintiff*

Vs.                                                                 Civil Action No. C08 01911

Office of the High Representative, et. Al.
*Serve*: Miroslav Lajcak
*Defendant*

## *AFFIDAVIT OF MAILING BY PROCESS SERVER*

I, **Zachary Blier**, having been duly authorized to make service make service hereby depose and say:

That I am over the age of 18 and not a party to this case.

That my business address is 1050 17th Street, NW, Suite 700, Washington, DC 20036.

That at 4:05pm on the 11th day of June, 2008:

I have personally viewed, packaged, and shipped the following documents:
1. The complaint.
2. Summons
3. Exhibit A
4. Exhibit B
5. Exhibit C
6. Exhibit D
7. Exhibit E
8. Exhibit F

Via DHL to Miroslav Lajcak at (contact information as noted on the attached website page):
Miroslav Lajcak
OHR Sarajevo
Emerika Bluma 1
71 000 Sarajevo
Bosnia & Herzegovina

Copies of DHL shipping slip and confirmation are attached.

Zachary Blier, Process Server

**SUBSCRIBED AND SWRON TO** before me on this 3rd day of July, 2008, a Notary Public for _____District of Columbia_____.

Notary Public

BRIAN L. KASS
NOTARY PUBLIC, DISTRICT OF COLUMBIA
My Commission Expires November 30, 2008

Bosanski Hrvatski Српски

- Home
- » About OHR
- » Press & Public Info
- » Decisions
- » Archive
- » International Community in BiH
- » BiH in Focus

General Information | OHR Mission Implementation Plan | Key Events since Dayton | Points of Contact |
All HR's and Deputy HR's | Photo Album | In Memoriam |

your e-mail address

advanced search

**OHR SARAJEVO**
Emerika Bluma 1
71 000 Sarajevo
Tel: 387 33 283 500
Fax: 387 33 283 501

**OHR BANJA LUKA**
Ive Andrica 41
78 000 Banja Luka
Tel: 387 51 330 200
Fax: 387 51 330 213

**OHR BRCKO**
Musala bb
76 000 Brcko
Tel: 387 49 240 300
Fax: 387 49 217 560

**OHR BRUSSELS**
Office of the EU Special Representative
for BiH
Council of the European Union
133 Rue Froissart
1040 Brussels
Tel: 32 2 281 76 49
Fax: 32 2 281 69 47

**OHR MOSTAR**
Husnije Repca bb
88104 Mostar
Tel: 387 36 512 600
Fax: 387 36 512 601

**OHR BRATUNAC**
Svetog Save bb
75 420 Bratunac
Tel: 387 56 410 402, 410 413
Fax: 387 56 411 098

back to top

Web Page Manager | Related Sites | Abbreviations | Sitemap

# DHL EXPRESS — Shipment Air Waybill (Non-negotiable)

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

Waybill No.: **833 6814 242**

## 1. Payer account number and shipment value protection details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
- Payer Account No.: 850473920
- Payment: ☐ Cash ☐ Check ☐ Credit Card
- Shipment Value Protection: ☐ Yes Declared Value for Carriage (in US $) _____

## 2. From (Shipper)
- Shipper's Account Number: 850473920
- Contact Name: P. MUSOLINO
- Shipper's Reference:
- Company Name: MUSOLINO & DESSEL
- Address: 1615 L STREET NW # 440, WASHINGTON DC 20036
- Post/ZIP Code: 20036
- Phone: 202 466 3883

## 3. To (Receiver)
- Company Name: OFFICE OF THE HIGH REPRESENTATIVE
- Contact Name: MIROSLAV LAJCAK
- Delivery Address: OHR SARAJEVO, EMERIKA BLUMA 1, 71000 SARAJEVO
- Country: BOSNIA & HERZEGOVINA
- Phone: 387 33 283 500

## 4. Shipment Details
- Total Number of Packages: 1
- Total Weight: ___ lbs
- Dimensions: — 

## 5. Full Description of Contents
- 1 SUMMONS
- 1 COMPLAINT

## 6. Dutiable Shipments Only — (not completed)

## 7. Shipper's Authorization
- Signature: [signed]
- Date: 6/10/08

## 8. Products & Services
- ☒ DHL Express Envelope
- ☒ Non-Dutiable

Contac



| Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Track results detail                                                      ▶ Pri

Current status for 8336814242...

**Shipment delivered.** ✓

Delivered on: 6/16/2008 10:56 am
Delivered to:
Signed for by: MALESIC    What is this?
Want to get the status of all your shipments in one place?    Learn more about DHL ProVie\

### Tracking history...

| Date and time | | Status | Location Service Area |
|---|---|---|---|
| 6/16/2008 | 10:56 am | Shipment delivered. | Sarajevo, Bosnia And Herzegovina |
| | 8:47 am | With delivery courier. | Sarajevo, Bosnia And Herzegovina |
| | 8:11 am | Transit through DHL facility | Sarajevo, Bosnia And Herzegovina |
| | 5:54 am | Depart Facility | Ancona, Italy |
| | 5:21 am | Transit through DHL facility | Ancona, Italy |
| | 1:08 am | Depart Facility | Bergamo, Italy |
| 6/14/2008 | 5:52 am | Depart Facility | Leipzig, Germany |
| | 12:22 am | Transit through DHL facility | Leipzig, Germany |
| 6/13/2008 | 9:56 am | Depart Facility | New York City Gateway, NY |
| | 6:00 am | Transit through DHL facility | New York City Gateway, NY |
| | 5:26 am | Depart Facility | Wilmington, OH |
| | 1:14 am | In transit. | Wilmington, OH |
| | 1:14 am | Processed at DHL Location. | Wilmington, OH |
| | 12:06 am | Transit through DHL facility | Allentown Hub, PA |
| 6/12/2008 | 8:43 pm | Depart Facility | Rockville, MD |
| | 8:35 pm | Processed at DHL Location. | Rockville, MD |
| | 7:01 | Shipment picked up | Rockville, MD |

**Log in to DHL**

User ID [      ]
Password [      ]
☐ Remember my User ID
                Log in ▶
▶ Forgot password/user ID?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

http://track.dhl-usa.com/TrackByNbr.asp?nav=Tracknbr                    7/1/2008

pm

## Shipment details...

| From | To | Shipment Information |
|---|---|---|
| Rockville, MD<br>United States | | Ship date: 6/12/2008<br>Pieces: 1<br>Total weight: 1 lb    Note |

▶ Track new shipment

Tracking detail provided by DHL: 7/1/2008, 9:13:47 am pt.

### Business is waiting.

Across the street and around the globe with One World Yellow Pages.

▶ Learn more

### Questions?

We're here to help!

▶ Contact DHL

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2008 DHL International, Ltd. All Rights Reserved.