# United States District Court
## For The
## Northern District of California

Anthony Sarkis
*Plaintiff*

Vs.                                                                 Civil Action No. C08 01911

Office of the High Representative, et. Al.
*Defendant*

## AFFIDAVIT OF MAILING BY PROCESS SERVER

**I, Zachary Blier**, having been duly authorized to make service make service hereby depose and say:

That I am over the age of 18 and not a party to this case.

That my business address is 1050 17th Street, NW, Suite 700, Washington, DC 20036.

That at 4:05pm on the 11th day of June, 2008:

I have personally viewed, packaged, and shipped the following documents:
1. The complaint.
2. Summons
3. Exhibit A
4. Exhibit B
5. Exhibit C
6. Exhibit D
7. Exhibit E
8. Exhibit F

Via DHL to the office of the High Representative at (contact information as noted on the attached website page):

Office of the High Representative
OHR Sarajevo
Emerika Bluma 1
71 000 Sarajevo
Bosnia & Herzegovina

Copies of DHL shipping slip and confirmation are attached.

                                                                Zachary Blier, Process Server

SUBSCRIBED AND SWRON TO before me on this 3rd day of July,

2008, a Notary Public for ___District of Columbia___.

                                                                Notary Public

BRIAN L. KASS
NOTARY PUBLIC, DISTRICT OF COLUMBIA
My Commission Expires November 30, 2008

General Information | OHR Mission Implementation Plan | Key Events since Dayton | Points of Contact
All HR's and Deputy HR's | Photo Album | In Memoriam

- Home
- » About OHR
- » Press & Public Info
- » Decisions
- » Archive
- » International Community in BiH
- » BiH in Focus

your e-mail address

advanced search

**OHR SARAJEVO**
Emerika Bluma 1
71 000 Sarajevo
Tel: 387 33 283 500
Fax: 387 33 283 501

**OHR BANJA LUKA**
Ive Andrica 41
78 000 Banja Luka
Tel: 387 51 330 200
Fax: 387 51 330 213

**OHR BRCKO**
Musala bb
76 000 Brcko
Tel: 387 49 240 300
Fax: 387 49 217 560

**OHR BRUSSELS**
Office of the EU Special Representative
for BiH
Council of the European Union
133 Rue Froissart
1040 Brussels
Tel: 32 2 281 76 49
Fax: 32 2 281 69 47

**OHR MOSTAR**
Husnije Repca bb
88104 Mostar
Tel: 387 36 512 600
Fax: 387 36 512 601

**OHR BRATUNAC**
Svetog Save bb
75 420 Bratunac
Tel: 387 56 410 402, 410 413
Fax: 387 56 411 098

back to top

Web Page Manager | Related Sites | Abbreviations
Sitemap

# DHL Shipment Air Waybill

**Waybill No:** 833 6814 231

## 1. Payer account number and shipment value protection details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
- Payer Account No: 850473920
- Payment: ☐ Cash ☐ Check ☐ Credit Card
- Shipment Value Protection: ☐ Yes Declared Value for Carriage (in US $) _____

## 2. From (Shipper)
- Shipper's Account Number: 850473920
- Contact Name: P. MUSOLINO
- Shipper's Reference: _____
- Company Name: MUSOLINO & DESSEL
- Address: 1615 L STREET NW #440, WASHINGTON DC 20036
- Post/ZIP Code: 20036
- Phone: 202 446 3883

## 3. To (Receiver)
- Company Name: OFFICE OF THE HIGH REPRESENTATIVE
- Contact Name: _____
- Delivery Address: OHR SARAJEVO, EMERIKA BLUMA 1, 71000 SARAJEVO
- Country: BOSNIA & HERZEGOVINA
- Phone: 387-33-283-500

## 4. Shipment Details
- Total Number of Packages: 1

## 5. Full Description of Contents
- 1 SUMMONS
- 1 COMPLAINT

## 6. Dutiable Shipments Only (Customs requirement)
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

## 7. Shipper's Authorization
Signature: [signed]    Date: 6/10/08

## 8. Products & Services
- ☒ Intl Express Envelope
- ☒ Non-Dutiable

DHL: Track details

Contac



| Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

**Log in to DHL**

User ID

Password

☐ Remember my User ID

Log in ▶

- Forgot password/user ID?

**New to DHL online?**
Registration is quick and free.
- Sign up now

# Track results detail

▶ Pri

Current status for 8336814231...

Shipment delivered. ✓

Delivered on: 6/16/2008  10:56 am
Delivered to:
Signed for by: MALESIC    What is this?
Want to get the status of all your shipments in one place?    Learn more about DHL ProVie

Tracking history...

| Date and time | | Status | Location Service Area |
|---|---|---|---|
| 6/16/2008 | 10:56 am | Shipment delivered. | Sarajevo, Bosnia And Herzegovina |
| | 8:47 am | With delivery courier. | Sarajevo, Bosnia And Herzegovina |
| | 8:11 am | Transit through DHL facility | Sarajevo, Bosnia And Herzegovina |
| | 5:54 am | Depart Facility | Ancona, Italy |
| | 5:21 am | Transit through DHL facility | Ancona, Italy |
| | 1:08 am | Depart Facility | Bergamo, Italy |
| 6/15/2008 | 7:24 pm | Transit through DHL facility | Bergamo, Italy |
| | 5:44 pm | Depart Facility | Leipzig, Germany |
| 6/14/2008 | 9:25 am | Scheduled to move | Leipzig, Germany |
| | 12:22 am | Transit through DHL facility | Leipzig, Germany |
| 6/13/2008 | 9:56 am | Depart Facility | New York City Gateway, NY |
| | 6:00 am | Transit through DHL facility | New York City Gateway, NY |
| | 5:26 am | Depart Facility | Wilmington, OH |
| | 1:13 am | In transit. | Wilmington, OH |
| | 1:13 am | Processed at DHL Location. | Wilmington, OH |
| | 12:06 am | Transit through DHL facility | Allentown Hub, PA |
| 6/12/2008 | 8:43 | Depart Facility | Rockville, MD |

|  |  |  |  |
|---|---|---|---|
| pm | 8:35 | Processed at DHL Location. | Rockville, MD |
| pm | 7:01 | Shipment picked up | Rockville, MD |
| pm |  |  |  |

### Shipment details...

| From | To | Shipment information |
|---|---|---|
| Rockville, MD<br>United States |  | Ship date: 6/12/2008<br>Pieces: 1<br>Total weight: 1 lb    Note |

▶ Track new shipment

Tracking detail provided by DHL: 7/1/2008, 9:14:20 am pt.

### Business is waiting.
Across the street and around the globe with One World Yellow Pages.

▶ Learn more

### Questions?
We're here to help!

▶ Contact DHL

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2008 DHL International, Ltd. All Rights Reserved.