UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SARKIS,                   :
                                  :
    Plaintiff,                    :      CV 08-1911 RMW
                                  :
    v.                            :
                                  :
MIROSLAV LAJCAK, et.al.           :
                                  :
    Defendants.                   :

## CERTIFICATE OF SERVICE

I, Jenny Soroko, having been duly authorized to make service and under penalty of perjury hereby depose and say:

That on June 24, 2008 I personally viewed, packaged and shipped the following documents:

1. April 10, 2008 Order Setting Initial Case Management Conference and ADR Deadlines
2. May 1, 2008 Reassignment Order
3. May 1, 2008 Clerk's Notice of Impending Reassignment
4. Appendix A – Joint Case Management Statement and Proposed Order

Via DHL to Miroslav Lajcak at (Sarajevo office address referenced on the attached OHR webpage):

Miroslav Lajcak
OHR Sarajevo
Emerika Bluma 1
71 000 Sarajevo
Bosnia and Herzegovina

Copies of DHL shipping slip and confirmation are attached.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 3rd day of July, 2008.

Laura B. Makransky, Notary Public, D.C.
My commission expires February 14, 2010

Jenny Soroko

General Information | OHR Mission Implementation Plan | Key Events since Dayton | Points of Contact
All HR's and Deputy HR's | Photo Album | In Memoriam |

- Home
- About OHR
- Press & Public Info
- Decisions
- Archive
- International Community in BiH
- BiH in Focus

your e-mail address

advanced search

**O HR SARAJEVO**
Emerika Bluma 1
71 000 Sarajevo
Tel: 387 33 283 500
Fax: 387 33 283 501

**OHR BANJA LUKA**
Ive Andrica 41
78 000 Banja Luka
Tel: 387 51 330 200
Fax: 387 51 330 213

**OHR BRCKO**
Musala bb
76 000 Brcko
Tel: 387 49 240 300
Fax: 387 49 217 560

**OHR BRUSSELS**
Office of the EU Special
Representative for BiH
Council of the European Union
133 Rue Froissart
1040 Brussels
Tel: 32 2 281 76 49
Fax: 32 2 281 69 47

**OHR MOSTAR**
Husnije Repca bb
88104 Mostar
Tel: 387 36 512 600
Fax: 387 36 512 601

**OHR BRATUNAC**
Svetog Save bb
75 420 Bratunac
Tel: 387 56 410 402, 410 413
Fax: 387 56 411 098

Web Page Manager   Related Sites   Abbreviations   Sitemap

# DHL Express Airway Bill

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

Airbill No: 833 6814 080

## 1. Payer account number and shipment value protection details

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd Party  ☐ Cash  ☐ Check  ☐ Credit Card

Payer Account No.: 850473920

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____

Not all payment options are available in all countries.

## 2. From (Shipper)

Shipper's Account Number: 850473920
Contact Name: P. MUSOLINO
Shipper's Reference (up to 35 characters):
Company Name: MUSOLINO ! DESSEL
Address: 1015 L St. NW #440
WASHINGTON DC 20036
Post/ZIP Code: 20036
Phone, Fax, or E-mail: 202-414-3883

## 3. To (Receiver)

Company Name:
Contact Name: MIROSLAV LAJCAK
Delivery Address (DHL Cannot Deliver to a PO Box):
OHR SARAJEVO
EMERIKA BLUMA 1
71000 SARAJEVO
Country: BOSNIA ! HERZEGOVINA
Post/ZIP Code:
Phone, Fax, or E-mail: 387-33-283-500

## 4. Shipment Details

Total Number of Packages: 1
Total Weight (lbs):
Dimensions: Pieces / Length × Width × Height

## 5. Full Description of Contents

ORDERS

## 6. Dutiable Shipments Only (Customs requirement)

Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Value for Customs (in US $) | Schedule B Number / Harmonized Code (if applicable)

TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other

## 7. Shipper's Authorization (signature required)

Signature (required): [signed]
Date: 6/24/08

## 8. Products & Services

DOMESTIC EXPRESS
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other

DP GLOBAL MAIL
☐ Priority
☐ Standard
☐ IPA
☐ ISAL

WORLDWIDE EXPRESS
☒ Intl Express Envelope
☐ Non-Dutiable ☐ WorldFreight
☐ Dutiable ☐ Other

Service Options:
☐ Saturday Delivery ☐ Special Pickup
☐ Hold For Pickup ☐ Delivery Notification

DIMENSIONAL/CHARGEABLE WEIGHT: ___ lbs

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type: | Expires
Auth.:
PICKED UP BY
Route No.
Time | Date

Contac

| Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▶
▶ Forgot password/user ID?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

# Track results detail                                      ▶ Pri

Current status for 8336814080...

**Shipment delivered.** ✓

Delivered on: 6/26/2008  1:56 pm
Delivered to:
Signed for by: MALESIC    What is this?
Want to get the status of all your shipments in one place?    Learn more about DHL ProVie

## Tracking history...

| Date and time | | Status | Location Service Area |
|---|---|---|---|
| 6/26/2008 pm | 1:56 | Shipment delivered. | Sarajevo, Bosnia And Herzegovina |
| | 12:02 pm | With delivery courier. | Sarajevo, Bosnia And Herzegovina |
| 6/25/2008 pm | 6:34 | Transit through DHL facility | East Midlands, United Kingdom |
| | 6:43 am | Depart Facility | Wilmington, OH |
| | 1:12 am | In transit. | Wilmington, OH |
| | 1:12 am | Processed at DHL Location. | Wilmington, OH |
| 6/24/2008 pm | 9:29 | Depart Facility | Washington - Ronald Reagan Nationa |
| | 7:04 pm | Processed at DHL Location. | Washington - Ronald Reagan Nationa |
| | 3:46 pm | Shipment picked up | Washington - Ronald Reagan Nationa |

## Shipment details...

| From | To | Shipment information |
|---|---|---|
| Washington - Ronald Reagan National, DC United States | | Ship date: 6/24/2008 Pieces: 1 Total weight: 1 lb    Note |

▶ Track new shipment

Tracking detail provided by DHL: 7/1/2008, 9:23:40 am pt.

## Business is waiting.

Across the street and around the globe with One World Yellow Pages.

## Questions?

We're here to help!
▶ Contact DHL

http://track.dhl-usa.com/TrackByNbr.asp?nav=Tracknbr                              7/1/2008

▶ Learn more

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2008 DHL International, Ltd. All Rights Reserved.