UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SARKIS,

    Plaintiff,

v.

MIROSLAV LAJCAK, et.al.

    Defendants.

CV 08-1911 RMW

## CERTIFICATE OF SERVICE

I, Jenny Soroko, having been duly authorized to make service and under penalty of perjury hereby depose and say:

That on June 24, 2008 I personally viewed, packaged and shipped the following documents:

1. April 10, 2008 Order Setting Initial Case Management Conference and ADR Deadlines
2. May 1, 2008 Reassignment Order
3. May 1, 2008 Clerk's Notice of Impending Reassignment
4. Appendix A – Joint Case Management Statement and Proposed Order

Via DHL to the Office of the High Representative at (Sarajevo office address referenced on the attached OHR webpage):

Office of the High Representative
OHR Sarajevo
Emerika Bluma 1
71 000 Sarajevo
Bosnia and Herzegovina

Copies of DHL shipping slip and confirmation are attached.

_____
Jenny Soroko

District of Columbia : SS
Subscribed and Sworn to before me, in my presence, this 3rd day of July, 2008.

_____
Laura B. Makransky, Notary Public, D.C.
My commission expires February 14, 2010

Bosanski Hrvatski Српски

- Home
- » About OHR
- » Press & Public Info
- » Decisions
- » Archive
- » International Community in BiH
- » BiH in Focus

your e-mail address

advanced search

General Information | OHR Mission Implementation Plan | Key Events since Dayton | Points of Contact
All HR's and Deputy HR's | Photo Album | In Memoriam |

**O HR SARAJEVO**
Emerika Bluma 1
71 000 Sarajevo
Tel: 387 33 283 500
Fax: 387 33 283 501

**OHR BANJA LUKA**
Ive Andrica 41
78 000 Banja Luka
Tel: 387 51 330 200
Fax: 387 51 330 213

**OHR BRCKO**
Musala bb
76 000 Brcko
Tel: 387 49 240 300
Fax: 387 49 217 560

**OHR BRUSSELS**
Office of the EU Special
Representative for BiH
Council of the European Union
133 Rue Froissart
1040 Brussels
Tel: 32 2 281 76 49
Fax: 32 2 281 69 47

**OHR MOSTAR**
Husnije Repca bb
88104 Mostar
Tel: 387 36 512 600
Fax: 387 36 512 601

**OHR BRATUNAC**
Svetog Save bb
75 420 Bratunac
Tel: 387 56 410 402, 410 413
Fax: 387 56 411 098

Web Page Manager   Related Sites   Abbreviations   Sitemap

# DHL EXPRESS

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only
Shipment Air Waybill (Non negotiable)

**833 6814 076**

ORIGIN: _____   DESTINATION CODE: _____

## 1 Payer account number and shipment value protection details
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
☐ Cash ☐ Check ☐ Credit Card
Payer Account No. 850473920
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.

## 2 From (Shipper)
Shipper's Account Number: 850473920
Contact Name: P. MUSOLINO
Shipper's Reference (up to 35 characters): _____
Company Name: MUSOLINO / DESSEL
Address: 1015 L St. NW #440
WASHINGTON DC 20036
Post/ZIP Code: 20036
Phone, Fax, or E-mail: 702 466 2803

## 3 To (Receiver)
Company Name: OFFICE OF THE HIGH REPRESENTATIVE
Contact Name: _____
Delivery Address: OHR SARAJEVO
EMERIKA BLUMA 1
71000 SARAJEVO
Country: BOSNIA & HERZEGOVINA
Post/ZIP Code: _____
Phone, Fax, or E-mail: 387 33 283 500

## 4 Shipment Details
Total Number of Packages: 1
Total Weight (lbs): _____
Dimensions (in inches): Pieces @ Length x Width x Height

## 5 Full Description of Contents
ORDERS

## 6 Dutiable Shipments Only (Customs requirement)
Value for Customs (in US $): _____
Schedule B Number / Harmonized Code: _____
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other

## 7 Shipper's Authorization (signature required)
Signature: [signed]
Date: 6/24/08

## 8 Products & Services
DOMESTIC EXPRESS / GLOBAL MAIL
☐ U.S. Express Envelope ☐ Priority
☐ USA Overnight ☐ Standard
☐ Other ☐ IPA ☐ ISAL
WORLDWIDE EXPRESS
☒ Int'l Express Envelope ☐ DomRate
☐ Non-Dutiable ☐ WorldFreight
☐ Dutiable ☐ Other
Service Options:
☐ Saturday Delivery ☐ Special Pickup
☐ Hold For Pickup ☐ Delivery Notification
☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: _____ lbs
SERVICES / CHARGES
Drop Box #: _____  TOTAL: _____
TRANSPORT COLLECT STICKER No.: _____
PAYMENT DETAILS (Check, Card No.):
No.: _____
Type: _____ Expires: _____
Auth.: _____
PICKED UP BY: _____
Route No.: _____
Time: _____ Date: _____

Contac

| | Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▶
▶ Forgot password/user ID?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

# Track results detail                                          ▶ Pri

Current status for 8336814076...

Shipment delivered. ✓

Delivered on: 6/26/2008  1:56 pm
Delivered to:
Signed for by: MALESIC    What is this?
Want to get the status of all your shipments in one place?    Learn more about DHL ProVie

## Tracking history...

| Date and time | | Status | Location Service Area |
|---|---|---|---|
| 6/26/2008 pm | 1:56 | Shipment delivered. | Sarajevo, Bosnia And Herzegovina |
| pm | 12:02 | With delivery courier. | Sarajevo, Bosnia And Herzegovina |
| am | 11:28 | Transit through DHL facility | Sarajevo, Bosnia And Herzegovina |
| am | 8:29 | Depart Facility | Ancona, Italy |
| am | 8:25 | Transit through DHL facility | Ancona, Italy |
| am | 7:28 | Depart Facility | Bergamo, Italy |
| am | 5:34 | Transit through DHL facility | Bergamo, Italy |
| am | 2:09 | Depart Facility | East Midlands, United Kingdom |
| 6/25/2008 pm | 6:34 | Transit through DHL facility | East Midlands, United Kingdom |
| am | 6:43 | Depart Facility | Wilmington, OH |
| am | 1:11 | In transit. | Wilmington, OH |
| am | 1:11 | Processed at DHL Location. | Wilmington, OH |
| 6/24/2008 pm | 9:29 | Depart Facility | Washington - Ronald Reagan Nationa |
| pm | 7:04 | Processed at DHL Location. | Washington - Ronald Reagan Nationa |
| pm | 3:46 | Shipment picked up | Washington - Ronald Reagan Nationa |

Shipment details...

| From | To | Shipment information |
|---|---|---|
| Washington - Ronald Reagan National, DC United States | | Ship date: 6/24/2008 Pieces: 1 Total weight: 1 lb    Note |

▶ Track new shipment

Tracking detail provided by DHL: 7/1/2008, 9:24:14 am pt.

## Business is waiting.

Across the street and around the globe with One World Yellow Pages.

▶ Learn more

## Questions?

We're here to help!

▶ Contact DHL

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2008 DHL International, Ltd. All Rights Reserved.