1  JEFFREY M. FORSTER, Bar No. 50519
   LAW OFFICES OF JEFFREY M. FORSTER
2  160 West Santa Clara Street, Suite 1100
   San Jose, California 95113
3  Telephone:   (408) 977-3137
   Facsimile:   (408) 977-3141
4  Email:       jforstr@pacbell.net

5  PHILIP M. MUSOLINO (*Pro Hac Vice*)
   MUSOLINO & DESSEL
6  1615 L Street NW, Suite 440
   Washington, DC 20036
7  Telephone:   (202) 466-3883
   Facsimile:   (202) 775-7477
8  Email:       pmusolino@musolinoanddessel.com

9  Attorneys for Plaintiff ANTHONY SARKIS

10 LISA I. CARTEEN, Bar No. 204764
   BAKER & HOSTETLER LLP
11 12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
12 Telephone:   310.820.8800
   Facsimile:   310.820.8859
13 Email:       lcarteen@bakerlaw.com

14 Attorneys for Specially Appearing Defendants
   OFFICE OF THE HIGH REPRESENTATIVE and
15 MIROSLAV LAJCÁK, in his capacity as High
   Representative of the International Community in
16 Bosnia and Herzegovina

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  ANTHONY SARKIS, | Case No. C 08 01911 RMW |
| 20           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING THE TIME FOR SPECIALLY APPEARING DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| 21  v. | |
| 22  MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE, | |
| 23           Defendants. | |
| 24 | |

26      **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Anthony Sarkis and

27 Specially Appearing Defendants, by and through their counsel of record, and pursuant to Local

28 Rule 6.1 of the United States District Court for the Northern District of California, that the Case

1  Management Conference scheduled for August 8, 2008 at 10:30 a.m. be postponed to
2  September 26, 2008 at 10:30 a.m.  The parties make this request based on counsel for Plaintiff's
3  unavailability on August 8 due to a pre-paid vacation and the parties' agreement that Defendants'
4  time to respond to Plaintiff's Complaint is extended to, and including, August 29, 2008.

5       The parties further agree that by making this Stipulation, Defendants do not waive any
6  jurisdictional objections and reserve all rights, remedies and defenses, including, but not limited
7  to, all defenses that may be raised in a pre-answer motion pursuant to Rule 12 of the Federal
8  Rules of Civil Procedure.

9  Dated:   July __, 2008

By: /s/ Lisa I. Carteen
Lisa I. Carteen
(lcarteen@bakerlaw.com) (CA #204764)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800

Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and
MIROSLAV LAJCÁK, in his capacity as High
Representative of the International Community in
Bosnia and Herzegovina

18  Dated: July __, 2008

By: /s/ (with permission)
Jeffrey M. Forster
(jforstr@pacbell.net) (CA #50519)
LAW OFFICES OF JEFFREY M. FORSTER
160 West Santa Clara Street, Suite 1100
San Jose, CA  95113
Telephone: (408) 977-3137

Attorney for Plaintiff ANTHONY SARKIS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER**

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, (1) Specially Appearing Defendants shall have until, and including, August 29, 2008 to respond to Plaintiff's Complaint; and (2) the Case Management Conference is continued to September 26, 2008 at 10:30 a.m.

Dated: _____    _____
                                                      Ronald M. Whyte
                                                      United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

C 08 01911 RMW    - 3 -    STIP & [PROPOSED] ORDER CONTINUING CMC & EXTENDING TIME FOR SPECIALLY APPEARING DEFENDANTS TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2008, a true and accurate copy of **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING THE TIME FOR SPECIALLY APPEARING DEFENDANTS TO RESPOND TO THE COMPLAINT** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following:

Jeffrey M. Forster (jforstr@pacbell.net).

Dated: July 21, 2008        BAKER & HOSTETLER LLP

/s/ Lisa I. Carteen
Lisa I. Carteen
Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and MIROSLAV LAJCÁK, in his capacity as High Representative of the International Community in Bosnia and Herzegovina

501982932