LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:      310.820.8800
Facsimile:      310.820.8859
Email:          lcarteen@bakerlaw.com

Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and
MIROSLAV LAJCAK, in his capacity as High
Representative of the International Community in
Bosnia and Herzegovina

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SARKIS,<br><br>                 Plaintiff,<br><br>v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE<br>HIGH REPRESENTATIVE,<br><br>                 Defendants. | Case No.  C 08 01911 RMW<br><br>**NOTICE OF APPEARANCE OF<br>COUNSEL** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        **PLEASE TAKE NOTICE** that Specially Appearing Defendants will be represented in

this matter by Lisa I. Carteen of Baker & Hostetler LLP (lcarteen@bakerlaw.com).

Dated:   July 22, 2008                    BAKER & HOSTETLER LLP
                                          LISA I. CARTEEN


                                          /s/ **Lisa I. Carteen**
                                          Lisa I. Carteen
                                          Attorneys for Specially Appearing Defendants
                                          OFFICE OF THE HIGH REPRESENTATIVE
                                          an MIROSLAV LAJCAK, in his capacity as
                                          High Representative of the International
                                          Community in Bosnia and Herzegovina

501984702

Baker & Hostetler  LLP
Attorneys  At Law
Los Angeles

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2008, a true and accurate copy of **NOTICE OF APPEARANCE OF COUNSEL** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following:  Jeffrey M. Forster (jforstr@pacbell.net).


Dated:  July 22, 2008                        BAKER & HOSTETLER LLP

                                             /s/ Lisa I. Carteen
                                             Lisa I. Carteen

                                             Attorneys for Specially Appearing Defendants
                                             OFFICE OF THE HIGH REPRESENTATIVE and
                                             MIROSLAV LAJCÁK, in his capacity as High
                                             Representative of the International Community in
                                             Bosnia and Herzegovina