JEFFREY M. FORSTER, Bar No. 50519
LAW OFFICES OF JEFFREY M. FORSTER
160 West Santa Clara Street, Suite 1100
San Jose, California  95113
Telephone:     (408) 977-3137
Facsimile:      (408) 977-3141
Email:            jforstr@pacbell.net

PHILIP M. MUSOLINO (*Pro Hac Vice*)
MUSOLINO & DESSEL
1615 L Street NW, Suite 440
Washington, DC  20036
Telephone:     (202) 466-3883
Facsimile:      (202) 775-7477
Email:            pmusolino@musolinoanddessel.com

Attorneys for Plaintiff ANTHONY SARKIS

LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:     310.820.8800
Facsimile:      310.820.8859
Email:            lcarteen@bakerlaw.com

Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and
MIROSLAV LAJCÁK, in his capacity as High
Representative of the International Community in
Bosnia and Herzegovina

***E-FILED - 7/24/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY SARKIS, | Case No.  C 08 01911 RMW |
|---|---|
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING THE TIME FOR** |
| MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE, | **SPECIALLY APPEARING DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Anthony Sarkis and

Specially Appearing Defendants, by and through their counsel of record, and pursuant to Local

Rule 6.1 of the United States District Court for the Northern District of California, that the Case

Management Conference scheduled for August 8, 2008 at 10:30 a.m. be postponed to September 26, 2008 at 10:30 a.m.  The parties make this request based on counsel for Plaintiff's unavailability on August 8 due to a pre-paid vacation and the parties' agreement that Defendants' time to respond to Plaintiff's Complaint is extended to, and including, August 29, 2008.

The parties further agree that by making this Stipulation, Defendants do not waive any jurisdictional objections and reserve all rights, remedies and defenses, including, but not limited to, all defenses that may be raised in a pre-answer motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated:   July __, 2008

By: /s/ Lisa I. Carteen
Lisa I. Carteen
(lcarteen@bakerlaw.com) (CA #204764)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800

Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and MIROSLAV LAJCÁK, in his capacity as High Representative of the International Community in Bosnia and Herzegovina

Dated:   July __, 2008

By: /s/ (with permission)
Jeffrey M. Forster
(jforstr@pacbell.net) (CA #50519)
LAW OFFICES OF JEFFREY M. FORSTER
160 West Santa Clara Street, Suite 1100
San Jose, CA  95113
Telephone: (408) 977-3137

Attorney for Plaintiff ANTHONY SARKIS

**ORDER**

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, (1) Specially Appearing Defendants shall have until, and including, August 29, 2008 to respond to Plaintiff's Complaint; and (2) the Case Management Conference is continued to September 26, 2008 at 10:30 a.m.

Dated: 7/24/08

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2008, a true and accurate copy of **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING THE TIME FOR SPECIALLY APPEARING DEFENDANTS TO RESPOND TO THE COMPLAINT** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following: Jeffrey M. Forster (jforstr@pacbell.net).

Dated: July 21, 2008        BAKER & HOSTETLER LLP

/s/ Lisa I. Carteen
Lisa I. Carteen
Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and
MIROSLAV LAJCÁK, in his capacity as High
Representative of the International Community in
Bosnia and Herzegovina

501982932