Clerk's Use Only

Initial for fee pd.:

MARK A. CYMROT, Bar No. 164673
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
Telephone: (202) 861-1500

ORIGINAL

FILED

2008 AUG 29  A 11: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SARKIS.

Plaintiff(s),

v.

MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,

Defendant(s).

CASE NO. C 08 01911 RMW

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Mark A. Cymrot, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Specially Appearing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

Clerk's Use Only

Initial for fee pd.:

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lisa I. Carteen (SBN 204764), Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor, Los Angeles, CA 90025-7120
Telephone: (310) 820-8800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2008

_____
Mark A. Cymrot

501981479