RECEIVED
2008 AUG 29 AM 11:08
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SARKIS.

Plaintiff(s),

v.

MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,

Defendant(s)

CASE NO. C 08 01911 RMW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mark A. Cymrot, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is, Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, DC 20036-5304, Telephone (202) 861-1500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Specially Appearing Defendants,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Honorable Ronald M. Whyte
United States District Judge

501981466

American LegalNet, Inc.
www.FormsWorkflow.com