1  JEFFREY M. FORSTER, Bar No. 50519
   LAW OFFICES OF JEFFREY M. FORSTER
2  160 West Santa Clara Street, Suite 1100
   San Jose, California  95113
3  Telephone:     (408) 977-3137
   Facsimile:     (408) 977-3141
4  Email:         jforstr@pacbell.net

5  PHILIP M. MUSOLINO (*Pro Hac Vice*)
   MUSOLINO & DESSEL
6  1615 L Street NW, Suite 440
   Washington, DC  20036
7  Telephone:     (202) 466-3883
   Facsimile:     (202) 775-7477
8  Email: pmusolino@musolinoanddessel.com

9  Attorneys for Plaintiff ANTHONY SARKIS

10 LISA I. CARTEEN, Bar No. 204764
   BAKER & HOSTETLER LLP
11 12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California  90025-7120
12 Telephone:   310.820.8800
   Facsimile:   310.820.8859
13 Email:       lcarteen@bakerlaw.com

14 MARK A. CYMROT, Bar No. 164673
   (Pro Hac Vice)
15 BAKER & HOSTETLER LLP
   1050 Connecticut Avenue, NW, Suite 1100
16 Washington, DC  20036-5304
   Telephone:   202.861.1500
17 Facsimile:   202.861.1783
   Email: mcymrot@bakerlaw.com

18

19 Attorneys for Defendants OFFICE OF THE HIGH
   REPRESENTATIVE and MIROSLAV LAJCÁK, in
   his capacity as High Representative of the
20 International Community in Bosnia and Herzegovina

   BRUCE O. BAUMGARTNER,
   Bar No. 0025701, (*Pro Hac Vice Pending*)
   BAKER & HOSTETLER LLP
   312 Walnut Street, Suite 3200
   Cincinnati, Ohio 45202-4072
   Telephone:   513.929.3400
   Facsimile:   513.929.0303
   Email: bbaumgartner@bakerlaw.com

   *E-FILED - 9/23/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SARKIS,<br><br>        Plaintiff,<br><br>v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,<br><br>        Defendants. | Case No.  C 08 01911 RMW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Anthony Sarkis and Defendants, by and through their counsel of record, and pursuant to Local Rule 6.1 of the United States District Court for the Northern District of California, that the Case Management Conference scheduled for September 26, 2008 at 10:30 a.m. be postponed to October 31, 2008 following the hearing on Defendants' Motion to Dismiss scheduled for 9:00 a.m. that morning.

The parties make this request based on judicial economy for the Court and the parties, whose lead trial counsel will be traveling from out of state to California for the October 31 Motion to Dismiss hearing. Additionally, lead counsel for Defendants, Bruce Baumgartner, will be in court in Boston, Massachusetts for a prior commitment on September 25, making October 31 a more convenient date for Defendants than September 26.

Dated: September 10, 2008

By: /s/ Lisa I. Carteen
Lisa I. Carteen
(lcarteen@bakerlaw.com) (CA #204764)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800

Attorneys for Defendants
OFFICE OF THE HIGH REPRESENTATIVE and
MIROSLAV LAJCÁK, in his capacity as High
Representative of the International Community in
Bosnia and Herzegovina

Dated: September 10, 2008

By: /s/ (with permission)
Jeffrey M. Forster
(jforstr@pacbell.net) (CA #50519)
LAW OFFICES OF JEFFREY M. FORSTER
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone: (408) 977-3137

Attorney for Plaintiff ANTHONY SARKIS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER**

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, the Case Management Conference is continued to October 31, 2008, which will take place after the hearing on Defendants' Motion to Dismiss scheduled for 9:00 a.m. that same day.

Dated: 9/23/08

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2008, a true and accurate copy of **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following: Jeffrey M. Forster (jforstr@pacbell.net) and Philip M. Musolino (pmusolino@musolinoanddessel.com).

Dated:  September 10, 2008        BAKER & HOSTETLER LLP

/s/ Lisa I. Carteen
Lisa I. Carteen
Attorneys for Defendants
OFFICE OF THE HIGH REPRESENTATIVE and
MIROSLAV LAJCÁK, in his capacity as High
Representative of the International Community in
Bosnia and Herzegovina

502038641

C 08 01911 RMW

STIPULATION & [] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE