| | |
|---|---|
| 1<br>2<br>3<br>4 | JEFFREY M. FORSTER, Bar No. 50519<br>LAW OFFICES OF JEFFREY M. FORSTER<br>160 West Santa Clara Street, Suite 1100<br>San Jose, California  95113<br>Telephone:    (408) 977-3137<br>Facsimile:     (408) 977-3141<br>Email:          jforstr@pacbell.net |
| 5<br>6<br>7<br>8 | PHILIP M. MUSOLINO (*Pro Hac Vice*)<br>MUSOLINO & DESSEL<br>1615 L Street NW, Suite 440<br>Washington, DC  20036<br>Telephone:    (202) 466-3883<br>Facsimile:     (202) 775-7477<br>Email: pmusolino@musolinoanddessel.com |
| 9 | Attorneys for Plaintiff ANTHONY SARKIS |

*E-FILED - 10/9/08*

| | | |
|---|---|---|
| 10<br>11<br>12<br>13 | LISA I. CARTEEN, Bar No. 204764<br>BAKER & HOSTETLER LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, California  90025-7120<br>Telephone:    310.820.8800<br>Facsimile:     310.820.8859<br>Email:          lcarteen@bakerlaw.com | BRUCE O. BAUMGARTNER,<br>Bar No. 0025701, (*Pro Hac Vice*)<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, Ohio 45202-4072<br>Telephone:    513.929.3400<br>Facsimile:     513.929.0303<br>Email: bbaumgartner@bakerlaw.com |
| 14<br>15<br>16<br>17 | MARK A. CYMROT, Bar No. 164673<br>(Pro Hac Vice)<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Avenue, NW, Suite 1100<br>Washington, DC  20036-5304<br>Telephone:    202.861.1500<br>Facsimile:     202.861.1783<br>Email: mcymrot@bakerlaw.com | |
| 18<br>19<br>20 | Attorneys for Specially Appearing Defendants OFFICE<br>OF THE HIGH REPRESENTATIVE and MIROSLAV<br>LAJCÁK, in his capacity as High Representative of the<br>International Community in Bosnia and Herzegovina | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SARKIS,<br><br>            Plaintiff,<br><br>v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE<br>HIGH REPRESENTATIVE,<br><br>            Defendants. | Case No.  C 08 01911 RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING HEARING ON<br>SPECIALLY APPEARING DEFENDANTS'<br>MOTION TO DISMISS** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Anthony Sarkis and Defendants, by and through their counsel of record, and pursuant to Local Rules 6.1 and 7-4(b) of the United States District Court for the Northern District of California, that Defendants' Motion to Dismiss scheduled for hearing on October 31, 2008 be postponed to November 21, 2008. Additionally, the parties have agreed on a briefing schedule for the Motion to Dismiss and that the page limit for Plaintiff's Opposition to the Motion to Dismiss and Defendants' Reply should be increased by five additional pages.

Pursuant to the parties' proposed briefing schedule, Plaintiff's Opposition to Defendants' Motion to Dismiss must be filed and served on or before October 17, 2008. Defendants' Reply to Plaintiff's Opposition must be filed and served on or before October 27, 2008.

The parties make this request based on the reasons set out in the declaration of Lisa I. Carteen, attached hereto.

Dated:  October 8, 2008

By: /s/ Lisa I. Carteen
Lisa I. Carteen
(lcarteen@bakerlaw.com) (CA #204764)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and MIROSLAV LAJCÁK, in his capacity as High Representative of the International Community in Bosnia and Herzegovina

Dated:  October 8, 2008

By: /s/ (with permission)
Jeffrey M. Forster
(jforstr@pacbell.net) (CA #50519)
LAW OFFICES OF JEFFREY M. FORSTER
160 West Santa Clara Street, Suite 1100
San Jose, CA  95113
Telephone: (408) 977-3137
Attorney for Plaintiff ANTHONY SARKIS

C 08 01911 RMW — - 2 - — STIPULATION AND [] ORDER CONTINUING HEARING ON SPECIALLY APPEARING DEFENDANTS' MOTION TO DISMISS

# **ORDER**

Based on the foregoing Stipulation of the parties, the Declaration of Lisa I. Carteen, submitted herewith, and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Defendants' Motion to Dismiss is continued to November 21, 2008 at 9:00 a.m.

Plaintiff's Opposition to Defendants' Motion to Dismiss must be filed and served on or before October 17, 2008. Plaintiff may have an additional five pages for his Opposition so that Plaintiff's opposition papers may not exceed 30 pages of text.

Defendants' Reply to Plaintiff's Opposition must be filed and served on or before October 27, 2008. Defendants may have an additional five pages for their Reply to Plaintiff's Opposition so that Defendants' reply papers may not exceed 20 pages of text.

Dated: 10/9/08

*/s/ Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

\* The Case Management Conference is also continued to November 21, 2008 @ 10:30 a.m.

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 8, 2008, a true and accurate copy of **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON SPECIALLY APPEARING DEFENDANTS' MOTION TO DISMISS** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following:

Jeffrey M. Forster (jforstr@pacbell.net) and Philip M. Musolino (pmusolino@musolinoanddessel.com).

Dated:  October 8, 2008     BAKER & HOSTETLER LLP

/s/ Lisa I. Carteen
Lisa I. Carteen
Attorneys for Specially Appearing Defendants
OFFICE OF THE HIGH REPRESENTATIVE and
MIROSLAV LAJCÁK, in his capacity as High
Representative of the International Community in
Bosnia and Herzegovina

502055237.1