1   JEFFREY M. FORSTER, Bar No. 50519
    LAW OFFICES OF JEFFREY M. FORSTER
2   160 West Santa Clara Street, Suite 1100
    San Jose, California  95113
3   Telephone:     (408) 977-3137
    Facsimile:     (408) 977-3141
4   Email:         jforstr@pacbell.net

5   PHILIP M. MUSOLINO (*Pro Hac Vice*)
    MUSOLINO & DESSEL
6   1615 L Street NW, Suite 440
    Washington, DC  20036
7   Telephone:     (202) 466-3883
    Facsimile:     (202) 775-7477
8   Email: pmusolino@musolinoanddessel.com

9   Attorneys for Plaintiff ANTHONY SARKIS

10  LISA I. CARTEEN, Bar No. 204764                BRUCE O. BAUMGARTNER,
    BAKER & HOSTETLER LLP                          Bar No. 0025701, (*Pro Hac Vice*)
11  12100 Wilshire Boulevard, 15th Floor           BAKER & HOSTETLER LLP
    Los Angeles, California  90025-7120            312 Walnut Street, Suite 3200
12  Telephone:     310.820.8800                    Cincinnati, Ohio 45202-4072
    Facsimile:     310.820.8859                    Telephone:     513.929.3400
13  Email:         lcarteen@bakerlaw.com           Facsimile:     513.929.0303
                                                   Email: bbaumgartner@bakerlaw.com
14  MARK A. CYMROT, Bar No. 164673
    (Pro Hac Vice)
15  BAKER & HOSTETLER LLP
    1050 Connecticut Avenue, NW, Suite 1100
16  Washington, DC  20036-5304                     ***E-FILED - 10/28/08***
    Telephone:     202.861.1500
17  Facsimile:     202.861.1783
    Email: mcymrot@bakerlaw.com
18
    Attorneys for Specially Appearing Defendants OFFICE
19  OF THE HIGH REPRESENTATIVE and MIROSLAV
    LAJCÁK, in his capacity as High Representative of the
20  International Community in Bosnia and Herzegovina

21              UNITED STATES DISTRICT COURT

22              NORTHERN DISTRICT OF CALIFORNIA

23  ANTHONY SARKIS,                          Case No.  C 08 01911 RMW

24              Plaintiff,                   **STIPULATION AND [] ORDER
                                             CONTINUING CASE MANAGEMENT
25  v.                                       CONFERENCE AND DUE DATE FOR
                                             SPECIALLY APPEARING DEFENDANTS'
26  MIROSLAV LAJCAK; OFFICE OF THE           REPLY TO OPPOSITION TO MOTION TO
    HIGH REPRESENTATIVE,                     DISMISS**
27
                Defendants.                  [Declaration of Lisa I. Carteen filed concurrently
28                                           herewith]

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

C 08 01911 RMW

1      **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Anthony Sarkis and

2   Specially Appearing Defendants, by and through their counsel of record, and pursuant to Local

3   Rules 6.1 and 6.2 of the United States District Court for the Northern District of California, that

4   the Case Management Conference scheduled for hearing on November 21, 2008 be postponed to

5   December 19, 2008.  If that date is not convenient for the Court, the parties agree that the CMC

6   should be postponed to January 30, 2009.

7         The parties will proceed with the hearing on Defendants' Motion to Dismiss on

8   November 21, 2008 and stipulate that Defendants' Reply to Plaintiff's Opposition must be filed

9   and served on or before November 12, 2008.

10        The parties make this request based on the reasons set out in the Declaration, attached

11  hereto.

12        The parties further agree that by making this Stipulation, Defendants do not waive any

13  jurisdictional objections and reserve all rights, remedies and defenses, including, but not limited

14  to, all defenses raised in their Motion to Dismiss filed August 29, 2008.

15  Dated:   October 23, 2008          By: /s/ Lisa I. Carteen
                                        Lisa I. Carteen
16                                      (lcarteen@bakerlaw.com) (CA #204764)
17                                      Attorneys for Specially Appearing Defendants
                                        OFFICE OF THE HIGH REPRESENTATIVE and
18                                      MIROSLAV LAJCÁK, in his capacity as High
                                        Representative of the International Community in
19                                      Bosnia and Herzegovina

20

21  Dated:  October 23, 2008           By: /s/ (with permission)
                                        Jeffrey M. Forster
22                                      (jforstr@pacbell.net) (CA #50519)
                                        Attorney for Plaintiff ANTHONY SARKIS
23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**ORDER**

2      Based on the foregoing Stipulation of the parties, the Declaration of Lisa I. Carteen,

3   submitted herewith, and the facts set forth therein, the Court finds good cause to enter the parties'

4   requested Order.

5      The Case Management Conference is continued to December 19, 2008 at 10:30 a.m.

6   Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss must be filed and

7   served on or before November 12, 2008.

8

9

10   Dated: _____10/28/08_____          _____ FOR

11                                      Ronald M. Whyte
                                        United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

C 08 01911 RMW                    - 3 -          STIPULATION AND ] ORDER
                                                 CONTINUING CASE MANAGEMENT CONFERENCE
                                                 AND  REPLY DUE DATE

1

## CERTIFICATE OF SERVICE

2    The undersigned hereby certifies that on October 23, 2008, a true and accurate copy of

3  **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT**

4  **CONFERENCE AND DUE DATE FOR SPECIALLY APPEARING DEFENDANTS'**

5  **REPLY TO OPPOSITION TO MOTION TO DISMISS** was electronically filed with the

6  Court to be served by operation of the Court's electronic filing system, upon the following:

7  Jeffrey M. Forster (jforstr@pacbell.net) and Philip M. Musolino

8  (pmusolino@musolinoanddessel.com).

9

10  Dated:  October 23, 2008          BAKER & HOSTETLER LLP

11
                                     /s/ Lisa I. Carteen
12                                   Lisa I. Carteen
                                     Attorneys for Specially Appearing Defendants
13                                   OFFICE OF THE HIGH REPRESENTATIVE and
                                     MIROSLAV LAJCÁK, in his capacity as High
14                                   Representative of the International Community in
                                     Bosnia and Herzegovina
15
    502067712.1
16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

C 08 01911 RMW

STIPULATION AND [ ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
AND  REPLY DUE DATE