E-filed: 11/12/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY SARKIS,<br><br>    Plaintiff,<br><br>v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,<br><br>    Defendants. | No. C-08-01911 RMW<br><br>ORDER CLARIFYING REPLY DEADLINE<br><br>[Re Docket No. 36] |

The specially appearing defendants have requested clarification regarding the deadline for their reply brief to their motion to dismiss. The court continued the hearing on the motion to dismiss from November 21, 2008 to December 19, 2008. *See* Docket No. 35 (Nov. 6, 2008). The court's order did not specify that the original briefing schedule would remain operative. Accordingly, the local rules dictate that the defendants' reply is due 14 days before the new hearing date, i.e., December 5, 2008. Civil L.R. 7-7(d).

DATED: 11/12/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER CLARIFYING REPLY DEADLINE
C-08-01911 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for specially appearing Defendants:**

Bruce O. Baumgartner    bbaumgartner@bakerlaw.com
Lisa Inez Carteen       lcarteen@bakerlaw.com
Mark A. Cymrot          mcymrot@bakerlaw.com

**Counsel for Plaintiff:**

Jeffrey Mark Forster    jforstr@pacbell.net
Philip M. Musolino      pmusolino@musolinoanddessel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:**      11/12/2008                              TSF
                                                **Chambers of Judge Whyte**

ORDER CLARIFYING REPLY DEADLINE
C-08-01911 RMW
TSF                                              2