**E-filed:** 12/17/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY SARKIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,<br><br>    Defendants. | No. C-08-01911 RMW<br><br>ORDER GRANTING SARKIS'S ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE<br><br>**[Re Docket No. 42]** |

Plaintiff Anthony Sarkis filed an administrative motion requesting permission for him (a) to attend the December 19, 2008 hearing by telephone and (b) to remain in email communication with his counsel over the course of the hearing. *See* Docket No. 42 (Dec. 12, 2008). The specially appearing defendants did not respond to a request to stipulate to Sarkis' participation in the hearing, but they have not filed an opposition to the request.

The court grants the relief requested. In so doing, the court notes that Sarkis suggested he might be able to testify telephonically if necessary. Mot. at 5:2-4. Sarkis's motion does not, however, request to be permitted to testify over the phone. As the issue is not raised by Sarkis's motion, the court does not reach it.

DATED:  12/17/2008

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for specially appearing Defendants:**

Bruce O. Baumgartner   bbaumgartner@bakerlaw.com
Lisa Inez Carteen   lcarteen@bakerlaw.com
Mark A. Cymrot   mcymrot@bakerlaw.com

**Counsel for Plaintiff:**

Jeffrey Mark Forster   jforstr@pacbell.net
Philip M. Musolino   pmusolino@musolinoanddessel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:** 12/17/2008

TSF
**Chambers of Judge Whyte**