E-filed:    8/18/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY SARKIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,<br><br>　　　　Defendants. | No. C-08-01911 RMW<br><br>ORDER CONTINUING HEARING DATE<br><br>**[Re Docket Nos. 53 and 54]** |

　　　　Plaintiff's motion to substitute defendants (Docket 47) is presently set for hearing on August 21, 2009. Plaintiff has requested that the matter be submitted for decision without oral argument, or alternatively, that the hearing be conducted via teleconference. Counsel for the specially appearing defendants oppose plaintiff's request and seek a continuance of the present hearing date, due to their unavailability on August 21, and also seek oral argument on the motion.

　　　　For good cause appearing, the hearing on plaintiff's motion to substitute defendants is continued to September 11, 2009. The court will not require counsel to appear by telephone, but any counsel who wish to do so may make arrangements with the court's Deputy Clerk, Jackie Garcia. Counsel are advised that the court may decide the matter on the papers submitted, if upon closer review of the papers, the court determines that oral argument is not necessary.

DATED:　　8/18/09

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING HEARING DATE --C-08-01911 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for specially appearing Defendants:**

Bruce O. Baumgartner   bbaumgartner@bakerlaw.com
Lisa Inez Carteen        lcarteen@bakerlaw.com
Mark A. Cymrot          mcymrot@bakerlaw.com

**Counsel for Plaintiff:**

Jeffrey Mark Forster   jforstr@pacbell.net
Philip M. Musolino     pmusolino@musolinoanddessel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:**   8/18/09                                    TER
                                                    **Chambers of Judge Whyte**