E-filed:   10/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY SARKIS,<br><br>        Plaintiff,<br><br>    v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,<br><br>        Defendants. | No. C-08-01911 RMW<br><br>ORDER DENYING PENDING MOTIONS AS MOOT<br><br>**[Re Docket No. 45 and 47]** |

On October 14, 2009, the court granted defendants' motion to dismiss for lack of personal jurisdiction, thus rendering moot defendants motion for leave to file a supplemental memorandum (Docket No. 45) and plaintiff's motion to substitute party defendants (Docket No. 47). Accordingly, the pending motions are denied as moot.

DATED:     10/14/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PENDING MOTIONS AS MOOT
C-08-01911 RMW
TER

1  **Notice of this document has been electronically sent to:**

2  **Counsel for specially appearing Defendants:**

3  Bruce O. Baumgartner    bbaumgartner@bakerlaw.com
Lisa Inez Carteen          lcarteen@bakerlaw.com
4  Mark A. Cymrot           mcymrot@bakerlaw.com

5  **Counsel for Plaintiff:**

6  Jeffrey Mark Forster     jforstr@pacbell.net
Philip M. Musolino       pmusolino@musolinoanddessel.com
7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not
registered for e-filing under the court's CM/ECF program in each action.
9

10  **Dated:**       10/15/09                                    TER
                                                         **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER DENYING PENDING MOTIONS AS MOOT
C-08-01911 RMW
TER                                              2