E-filed: 10/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY SARKIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MIROSLAV LAJCAK; OFFICE OF THE HIGH REPRESENTATIVE,<br><br>    Defendants. | No. C-08-01911 RMW<br><br>JUDGMENT |

On October 14, 2009, the court dismissed this action for lack of personal jurisdiction over the defendants. THEREFORE,

IT IS HEREBY ADJUDGED that plaintiff take nothing by way of his complaint and that judgment be entered in favor of the defendants.

DATED: 10/14/09

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT
C-08-01911 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for specially appearing Defendants:**

Bruce O. Baumgartner   bbaumgartner@bakerlaw.com
Lisa Inez Carteen   lcarteen@bakerlaw.com
Mark A. Cymrot   mcymrot@bakerlaw.com

**Counsel for Plaintiff:**

Jeffrey Mark Forster   jforstr@pacbell.net
Philip M. Musolino   pmusolino@musolinoanddessel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:** 10/15/09                    TER
**Chambers of Judge Whyte**

JUDGMENT
C-08-01911 RMW
TER     2